**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EMILY GREEN and JASON GREEN,**                                     **PLAINTIFFS**
**on behalf of a minor child A.G.**

**V.**                                                                             **NO. 4:21-CV-32-DMB-JMV**

**WINONA MONTGOMERY
CONSOLIDATED SCHOOL DISTRICT**                                    **DEFENDANT**

**ORDER**

On May 3, 2021, the plaintiffs filed what appear to be two identical replies in support of their motion for preliminary injunction. Docs. #23, #26. The plaintiffs submitted five exhibits with each of the replies. Four of the submitted exhibits (Exhibits 1, 2, 3, and 4 to each reply) contain the name of A.G., the minor child who is the subject of this litigation. On May 4, 2021, the plaintiffs filed a third reply, this time with properly redacted exhibits. *See* Doc. #28. The same day, the plaintiffs also filed a motion to seal from public access the inadvertently filed unredacted exhibits.[1] Doc. #29

Upon consideration, and for the reasons stated in this Court's April 30, 2021, order regarding a prior motion to seal other documents, the plaintiffs' motion to seal [29] is **GRANTED**. The Clerk of the Court is **DIRECTED** to restrict from public access [23-1][23-2][23-3][23-4] (which are Exhibits 1, 2, 3, and 4 to Document 23), and [26-1][26-2][26-3][26-4] (which are Exhibits 1, 2, 3, and 4 to Document 26).

**SO ORDERED**, this 4th day of May, 2021.

                                                                      /s/Debra M. Brown
                                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] The motion incorrectly refers to the unredacted exhibits as Exhibits 1, 2, 3, and *5*, rather than 1, 2, 3, and *4*.